IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00125-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRES ZECCHEUS VIALPANDO,

    Defendant.

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING SUPERVISED RELEASE VIOLATION HEARING**

This matter comes before the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case. The United States concurs in the request. The Court, having been advised of the facts and premises of the above case, it is

ORDERED that the petition for violations of supervised release, dated the 20th day of March, 2012, is hereby dismissed. It is further

ORDERED that the supervised release violation hearing scheduled for September 21, 2012 at 11:00 a.m. is vacated. All pending proceedings in this matter are therefore terminated.

    DATED August 20, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge